UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                Case No.:  16-26044

KARWOSKI, MATTHEW                                     Chapter:   7 -- Liquidation

KARWOSKI, SHERRI                                      Judge:     JOHN K. SHERWOOD

**NOTICE OF PROPOSED ABANDONMENT**

 Nicholas J. Delzotti                 ,  Trustee           in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable  JOHN K. SHERWOOD

on  11/01/2016            at  10:00    a.m. at the United States Bankruptcy Court, Courtroom no.  3D   . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 100 Tall Timbers Road<br>Parcel # 171.05<br>Vernon, NJ<br>Property has a fair market value of $100,000.00 |
|---|---|

| Liens on property: | With the cost of sale and the exemption, the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | $10,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:         Nicholas J. Delzotti

Address:      PO Box, 20117, Newark, NJ 07102

Telephone No.:  (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-26044-JKS
Matthew Karwoski                                                          Chapter 7
Sherri Karwoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Sep 28, 2016
                              Form ID: pdf905            Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db/jdb         +Matthew Karwoski,    Sherri Karwoski,    70 Nolton Street,    Belleville, NJ 07109-2220
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  AmeriCredit Financial Services Inc.,    PO Box 183853,
                Arlington, TX  76096)
516350877      +Advanced Periodontics/Implant Dentistry,    230 Center Street,    Nutley, NJ 07110-2801
516350878      +Alliance One,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
516394625      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
516350879       American Express,    PO Box 1270,    Newark, NJ 07101-1270
516350880      +Borough of N. Arlington,    PO Box 949,    Matawan, NJ 07747-0949
516350882      +CBNA Capital One,    701 E 60th St N,    Sioux Falls, SD 57104-0432
516350881       Capital One Card Serv.,    PO Box 71107,    Charlotte, NC 28272-1107
516350886       Doctors Express,    560 New York Avenue,    Lyndhurst, NJ 07071-1532
516350887      +Drs. Testa and Coppola,    591 Franklin Avenue,    Nutley, NJ 07110-1252
516350890      +ER Solutions, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
516350888      +Ellen Ponczek,    70 Nolton Street,    Belleville, NJ 07109-2220
516350889       Emergency Medical Associates,    PO Box 717,    Livingston, NJ 07039-0717
516350891      +Esoterix Genetic Laboratories, LLC,    PO Box 2240,    Burlington, NC 27216-2240
516350892      +First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
516350894      +Hackensack University Medical Group,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
516350895       Holy Name Hospital,    PO Box 42966,    Philadelphia, PA 19101-2966
516350896      +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
516350898      +Ingram and Associates,    1009 Windcross Court,    Franklin, TN 37067-2678
516350899       Internet Medical Group,    PO Box 51051,    Newark, NJ 07101-5151
516350901      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
516350904       LCA Collections/Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
516350903       LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
516350906      +Medical Lab & Pathology Consultants,    PO Box 835,    Clifton, NJ 07015-0835
516350907       Mid-Atlantic Pathology Services, PA,    PO Box 370,    Marlboro, NJ 07746-0370
516350908      +Montclair Radiology,    777 Passaic Ave,    Suite 360,    Clifton, NJ 07012-1800
516350909      +NJ Turnpike AUthority,    Administration Building,    581 Main Street,    PO Box 5042,
                Woodbridge, NJ 07095-5042
516350910      +NY State Dept. of Taxation and Finance,    26 Edward Street,    Arcade, NY 14009-1012
516350911       Pegasus Memerg. GRP. Meadowlands,    PO Box 95000-4640,    Philadelphia, PA 19195-4640
516350913       Quality Asset Recovery, LLC,    PO Box 239,    Gibbsboro, NJ 08026-0239
516350914      +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
516350916       Riverside Pediatric Group,    PO Box 950004535,    Philadelphia, PA 19195-4535
516350919      +S Prakash MD PA,    534 Ave E,    Suite 1A,    Bayonne, NJ 07002-3987
516350920      +Schachter Portnoy, LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
516350921       Sears Mastercard,    PO Box 6106,    Sioux Falls, SD 57117-6106
516350922       Sequenom,    3595 John Hopkins Court,    San Diego, CA 92121-1121
516350923       Sheridan Anesthesia Services of NJ, P.C.,    PO Box 452258,    Fort Lauderdale, FL 33345-2258
516350924      +Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516350926      +The Tootharium,    710 Ridge Road,    Lyndhurst, NJ 07071-3224
516350927       Total Care Pediatrics, PC,    66 West Gilbert Street,    Tinton Falls, NJ 07701-4947
516350928       US Dept. of Education,    PO Box 105291,    Atlanta, GA 30348-5291
516350929      +USAA Savings Bank,    9800 Fredericksburg Road,    San Antonio, TX 78288-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2016 23:03:46      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2016 23:03:44      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516350883      +E-mail/Text: bankruptcy@certifiedcollection.com Sep 28 2016 23:03:32
                Certified Credit and Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516350884      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 28 2016 23:04:41
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
516350885      +E-mail/Text: kzoepfel@credit-control.com Sep 28 2016 23:03:47      Credit Control,
                5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
516350900      +E-mail/Text: ebn@barnabashealth.org Sep 28 2016 23:04:11      Jersey City Medical Center,
                355 Grand Street,    Jersey City, NJ 07302-4321
516350902       E-mail/Text: bnckohlsnotices@becket-lee.com Sep 28 2016 23:03:05      Kohl's,    PO Box 2983,
                Milwaukee, WI 53201-2983
516350905       E-mail/Text: camanagement@mtb.com Sep 28 2016 23:03:30      M&T Bank,    PO Box 62182,
                Baltimore, MD 21264
516350912       E-mail/Text: bankruptcy@prosper.com Sep 28 2016 23:04:18      Prosper Marketplace, Inc.,
                PO Box 396081,    San Francisco, CA 94139-6081
516350918      +E-mail/Text: bkrpt@retrievalmasters.com Sep 28 2016 23:03:42      RMCB,    4 Westchester Plaza,
                Suite 110,    Elmsford, NY 10523-3835
516350915      +E-mail/Text: bkrpt@retrievalmasters.com Sep 28 2016 23:03:42
                Retrieval-Masters Creditors Bureau, Inc.,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1615

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2016
                              Form ID: pdf905          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516350925         E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 22:55:47      SYNCB/WalMart,    PO Box 530927,
                   Atlanta, GA 30353-0927
                                                                                                    TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516350893         GMC
516350930         Wells Fargo
516350897       ##+Hubschman & Roman, P.C.,    318 Bergen Blvd.,    Palisades Park, NJ 07650-2252
516350917       ##+RJM Acquisitions, LLC,    575 Underhill Blvd.,   Suite 224,    Syosset, NY 11791-3416
                                                                                     TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
              Valerie  Palma DeLuisi    on behalf of Debtor Matthew   Karwoski vpd@palmalawfirm.com
              Valerie  Palma DeLuisi    on behalf of Joint Debtor Sherri   Karwoski vpd@palmalawfirm.com
                                                                                             TOTAL: 5
```