Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16−26044−JKS
          Chapter:  7
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Matthew Karwoski | Sherri Karwoski |
| 70 Nolton Street | aka Sherri Ponczek |
| Belleville, NJ 07109 | 70 Nolton Street |
|  | Belleville, NJ 07109 |

Social Security No.:
  xxx−xx−1904                              xxx−xx−7532

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 28, 2016</u>         <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court