Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–26044–JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew Karwoski | Sherri Karwoski |
| 70 Nolton Street | aka Sherri Ponczek |
| Belleville, NJ 07109 | 70 Nolton Street |
| | Belleville, NJ 07109 |

Social Security No.:
   xxx–xx–1904                                    xxx–xx–7532

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/7/17 at 10:00 AM

to consider and act upon the following:

*19* – Motion to Reopen Case re: Other. Fee Amount $ 260. Filed by Valerie Palma DeLuisi on behalf of Matthew Karwoski, Sherri Karwoski. Hearing scheduled for 3/3/2017 at 10:00 AM at JKS – Courtroom 3D, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service # 5 Proposed Order) (Palma DeLuisi, Valerie) INCORRECT HEARING DATE. Modified on 2/14/2017 (env).

Dated: 2/14/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court