Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−26044−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Matthew Karwoski                                 Sherri Karwoski
   70 Nolton Street                                     aka Sherri Ponczek
   Belleville, NJ 07109                           70 Nolton Street
                                                      Belleville, NJ 07109

Social Security No.:
   xxx−xx−1904                                            xxx−xx−7532

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/7/17 at 10:00 AM

to consider and act upon the following:

*19* − Motion to Reopen Case re: Other. Fee Amount $ 260. Filed by Valerie Palma DeLuisi on behalf of Matthew Karwoski, Sherri Karwoski. Hearing scheduled for 3/3/2017 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service # 5 Proposed Order) (Palma DeLuisi, Valerie) INCORRECT HEARING DATE. Modified on 2/14/2017 (env).

Dated: 2/14/17

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-26044-JKS
Matthew Karwoski                                                Chapter 7
Sherri Karwoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Feb 14, 2017
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
db/jdb       +Matthew Karwoski,    Sherri Karwoski,    70 Nolton Street,    Belleville, NJ 07109-2220
cr          ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services Inc.,    PO Box 183853,
               Arlington, TX   76096)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
              Valerie  Palma DeLuisi    on behalf of Debtor Matthew  Karwoski vpd@palmalawfirm.com
              Valerie  Palma DeLuisi    on behalf of Joint Debtor Sherri  Karwoski vpd@palmalawfirm.com
                                                                                             TOTAL: 5