UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NICHOLAS J. PALMA, ESQ., P.C.
Valerie Palma DeLuisi, Esq.
1425 Broad Street, Second Floor
Clifton, New Jersey 07013
Phone: 973-471-1121/ Fax: 973-472-0032
VPD@PalmaLawFirm.com
Counsel for Debtors

Order Filed on March 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MATTHEW KARWOSKI and
SHERRI KARWOSKI

Case No.: 16-26044

Hearing Date: March 7, 2017

Judge: John K. Sherwood

Chapter: 7

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: March 9, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Debtors Matthew and Sherri Karwoski_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ☒ The case shall be closed within __30__ days.

   ❏ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*