| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| NICHOLAS J. PALMA, ESQ., P.C.<br>Valerie Palma DeLuisi, Esq.<br>1425 Broad Street, Second Floor<br>Clifton, New Jersey 07013<br>Phone: 973-471-1121/ Fax: 973-472-0032<br>VPD@PalmaLawFirm.com<br>Counsel for Debtors | |

**Order Filed on March 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re:<br><br>MATTHEW KARWOSKI and<br>SHERRI KARWOSKI | Case No.: | 16-26044 |
| | Hearing Date: | March 7, 2017 |
| | Judge: | John K. Sherwood |
| | Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: March 9, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Debtors Matthew and Sherri Karwoski_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ☒ The case shall be closed within __30__ days.

   ❏ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-26044-JKS
Matthew Karwoski                                                          Chapter 7
Sherri Karwoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Mar 10, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db/jdb         +Matthew Karwoski,    Sherri Karwoski,   70 Nolton Street,   Belleville, NJ 07109-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas J. Delzotti     on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Valerie  Palma DeLuisi    on behalf of Debtor Matthew  Karwoski vpd@palmalawfirm.com
              Valerie  Palma DeLuisi    on behalf of Joint Debtor Sherri  Karwoski vpd@palmalawfirm.com
                                                                                             TOTAL: 5